UNITIED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA COURTHOUSE

**FILED**
U.S. District Court
District of Kansas

DEC 20 2010

Clerk, U.S. District Court
By _____ Deputy Clerk

BRADY WALSTAD

    Plaintiff

CASE NO. 10-1306-RDR

Vs

Kramer & Frank, P.C.

    Defendant

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brady Walstad and the Defendant, Kramer & Frank, P.C., stipulate to the dismissal of this case with prejudice.

 

_____
Dan Conslick
Attorney For Defendant
Kramer & Frank P.C.
9300 Deilman Drive
St Louis, Missouri 63132
(314)991-2160

*Brady Walstad*
Brady Walstad, Pro Se
P O Box 201
Colwich, Kansas 67030
Plaintiff